No. 10–8048. RICH *v.* TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8051. OSORIO-NORENA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8052. BANKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8053. COX *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8056. SIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8057. GRIFFIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8062. CARLSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8063. VOICE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8069. SALEH *v.* DUNBAR, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8070. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8072. BRAZIL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8073. TINKER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8074. CASAS-HERRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8075. VARGAS ESPINOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8078. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8079. WALKER *v.* SMEAL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.